

# Fourth Court of Appeals
## San Antonio, Texas

December 14, 2015

No. 04-15-00449-CV

**IN THE MATTER OF THE ESTATE OF HUGH BOB SPILLER**, deceased,

From the County Court, Menard County, Texas
Trial Court No. 2013-02059
Honorable Joe Loving, Jr., Judge Presiding

## ORDER

The Appellee's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellee's brief is this date GRANTED. Time is extended to January 22, 2016.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:

Deborah Smith McClure
W. Calloway Huffaker, Attorney at Law, PLLC
P.O Box 15125
Amarillo, TX 79105-5125

Richard C. Mosty
Mosty Law Firm
222 Sidney Baker St S Ste 400
Kerrville, TX 78028-5983

Chris Wallendorf
PO Box 279
Comfort, TX 78013-0279

Thomas Roberson
P O Box 25
Menard, TX 76859